UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
LAURA J. PRESS,                          : Case No. 05-CV-4453 (~~SAS~~) (JCF)
                                         :
                    Plaintiff,           :
                                         :
         -against-                       : **STIPULATION OF**
                                         : **DISCONTINUANCE WITH**
AT&T CORP.,                              : **PREJUDICE**
                                         :
                    Defendant.           :
-------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Laura J. Press and Defendant AT&T Corp., through their respective attorneys, that the action and claims presented herein shall be and are hereby dismissed with prejudice, and that each party shall bear its own costs and attorneys' fees.

Dated: New York, New York
       July 20, 2006

ZABELL & ASSOCIATES, P.C.

By _____
   Saul Zabell (SZ-2738)
4875 Sunrise Highway, Suite 300
Bohemia, New York 11716
(631) 589-7242

Attorneys for Plaintiff Laura J. Press

SEYFARTH SHAW LLP

By _____
   Peter A. Walker (PW-7984)
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
(212) 218-5500

Attorneys for Defendant AT&T Corp.

SO ORDERED:

_____
Hon. James C. Francis IV
7/25/06

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/06

NY1 26421174.3